**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DISTRICT**

| | | |
|---|---|---|
| **DELIA REID** | : | |
| Plaintiff, | : | Case No. 2:26-cv-00419-DLB-CJS |
| | : | Judge Candace J. Smith |
| v. | : | |
| **UNITED RADIO, INC. d/b/a BLUESTAR, INC., ET AL.** | : | **ORDER TO FILE COMPLAINT UNDER SEAL** |
| Defendants. | : | |

This Court, having reviewed Plaintiff's Complaint, finds Plaintiff's Motion for Leave to File Complaint Under Seal to be adequately supported and well taken. The Complaint contains direct citations to communications between Plaintiff and the Defendants from when she was employed as BlueStar, Inc.'s General Counsel that are protected under attorney-client privilege. Additionally, the Complaint incorporates trade secrets held by Defendant BlueStar, Inc. The Defendants have a legitimate interest in keeping the communications with Plaintiff confidential and would suffer injury if the contents were made public. There is no less restrictive alternative available that would not include portions of the Agreements.

WHEREFORE, this Court hereby ORDERS that Plaintiff's Motion to File Plaintiff's Complaint Under Seal is GRANTED.