AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Delia Reid

*Plaintiff(s)*

v.

William R. Girvin

*Defendant(s)*

Civil Action No. 2:26-cv-419-DLB-CJS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William R. Girvin
2162 Clarkston Lane Union, KY 41091-9753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua M. Smith
2623 Erie Avenue
Cincinnati, Ohio 45208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/13/2026

*Signature of Clerk or Deputy Clerk* rb

Case: 2:26-cv-00419-DLB-CJS Doc #: 2 Filed: 10/13/26 Page: 4 of 8 - Page ID#: 47

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-419-DLB-CJS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* William Girvin
was received by me on *(date)* 10-15-26 .

☐ I personally served the summons on the individual at *(place)* ∅ on *(date)* ______ ; or

☒ I left the summons at the individual's ~~residence or usual place of abode~~ place of business with *(name)* Melissa Bolen V.P. , a person of suitable age and discretion who resides there,
on *(date)* 10-15-26 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-15-26

[signature]
*Server's signature*

James Eckels
*Printed name and title*

5 McCormick Dr.
Milford OH 45150
(513) 624-0110
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | | |
|---|---|---|
| Delia Reid<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:26-cv-419-DLB-CJS |
| David Von Hoene<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Von Hoene
3515 Reeves Drive Covington, KY 41017-9436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua M. Smith
2623 Erie Avenue
Cincinnati, Ohio 45208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature] rb

*Signature of Clerk or Deputy Clerk*

[Seal: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY]

Date: 10/13/2026

Civil Action No. 2:26-cv-419-DLB-CJS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* David Van Hoene

was received by me on *(date)* 10-15-26 .

☐ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

☒ I left the summons at the individual's ~~residence or usual place of abode~~ Place of Business with *(name)* Melissa Bolen - V.P.

__________ , a person of suitable age and discretion who resides there,

on *(date)* 10-15-26 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-15-26

[signature]
*Server's signature*

James Eckell
*Printed name and title*

5 McCormick Tr.
Milford OH, 45150
(513) 624-0110
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Delia Reid

*Plaintiff(s)*

v.

UNITED RADIO, INC. d/b/a BLUESTAR, INC.
c/o Doug Bivins, Statutory Agent

*Defendant(s)*

Civil Action No. 2:26-cv-419-DLB-CJS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED RADIO, INC. d/b/a BLUESTAR, INC. c/o Doug Bivins, Statutory Agent
3345 Point Pleasant Road
Hebron, Kentucky 41048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua M. Smith
2623 Erie Avenue
Cincinnati, Ohio 45208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/13/2026

rb

Civil Action No. 2:26-cv-419-DLB-CJS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Doug Bevins

was received by me on *(date)* 10-15-26 .

☐ I personally served the summons on the individual at *(place)* ________________ on *(date)* ________ ; or

☒ I left the summons at the individual's ~~residence or usual place of abode~~ Place of business with *(name)* Melissa Bolen - V.P. , a person of suitable age and discretion who ~~resides~~ works there, on *(date)* 10-15-26 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-15-26

[signature]
*Server's signature*

James Eckels
*Printed name and title*

5 McCormick Pl.
Milford OH 45150
(513) 624-0110
*Server's address*

Additional information regarding attempted service, etc:

Case: 2:26-cv-00419-DLB-CJS Doc #: 2 Filed: 10/13/26 Page: 5 of 8 - Page ID#: 48

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | | |
|---|---|---|
| Delia Reid<br>*Plaintiff(s)*<br>v.<br>Melissa C. Bolen<br>*Defendant(s)* | ) | Civil Action No. 2:26-cv-419-DLB-CJS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Melissa C. Bolen
1835 Fair Meadow Drive Florence, KY 41042-8064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua M. Smith
2623 Erie Avenue
Cincinnati, Ohio 45208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/13/2026

*Signature of Clerk or Deputy Clerk* rb

Civil Action No. 2:26-cv-419-DLB-CJS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Melissa Bolen
was received by me on *(date)* 10-15-26 .

☒ I personally served the summons on the individual at *(place)* 3345 Point Pleasant Rd. Hebron KY 41048 on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-15-26

[signature]
*Server's signature*

James Keckels
*Printed name and title*

5 McCormick Dr.
Milford OH. 45150
(513) 624-0110
*Server's address*

Additional information regarding attempted service, etc: