**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **DELIA REID**, | : | Case No. 2:26-cv-00419-DLB-CJS |
| Plaintiff, | : | Chief District Judge David L. Bunning |
| v. | : | Magistrate Judge Candace J. Smith |
| **UNITED RADIO, INC. d/b/a BLUESTAR, INC., et. al.,** | : | |
| Defendants. | : | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE PLEAD**

Defendants United Radio, Inc. d/b/a Bluestar, Inc. ("Bluestar"), William R. Girvin, Melissa C. Bolen, and David Von Hoene (together "Defendants"), by and through undersigned counsel, hereby respectfully move the court for an extension of time to move, answer, or otherwise plead in response to Plaintiff Delia Reid's ("Plaintiff's) Complaint pursuant to Fed. R. Civ. P. 6(b)(1). Counsel for Plaintiff does not oppose this extension. A memorandum in support and proposed order are attached hereto.

Respectfully Submitted,

/s/ *J.B. Lind*

James B. Lind (KBA No. 92594)
Elizabeth A. Callan (KBA No. 97595) (*Admission Application Forthcoming)*
Alexandra T. Kubala (KBA No. 98110)
Vorys, Sater, Seymour & Pease LLP
301 E. Fourth Street, Suite 3500
Cincinnati, OH 45202
Telephone/Fax: (513) 842-8119
jblind@vorys.com
eacallan@vorys.com
atkubala@vorys.com

*Counsel for Defendants United Radio, Inc. d/b/a Bluestar, Inc., William R. Girvin, Melissa C. Bolen, and David Von Hoene*