**MEMORANDUM IN SUPPORT**

Defendants United Radio, Inc. d/b/a Bluestar, Inc. ("Bluestar"), William R. Girvin, Melissa C. Bolen, and David Von Hoene (together "Defendants") respectfully seek a thirty (30) day extension of time in which to move, answer, or otherwise plead in response to Plaintiff's Complaint. Defendants have consulted with Plaintiff's counsel who does not oppose this requested extension of time.

This is Defendants' first request for an extension of time and Defendants respectfully submit that there is good cause for this extension as they just retained counsel for this matter. This unopposed motion is not made for the purpose of undue delay, but to allow Defendants time to consult with counsel before responding to Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request that the Court grant the 30-day extension until and including December 5, 2026.

Respectfully Submitted,

/s/ *J.B. Lind*

James B. Lind (KBA No. 92594)
Elizabeth A. Callan (KBA No. 97595) (*Admission Application Forthcoming)*
Alexandra T. Kubala (KBA No. 98110)
Vorys, Sater, Seymour & Pease LLP
301 E. Fourth Street, Suite 3500
Cincinnati, OH 45202
Telephone/Fax: (513) 842-8119
jblind@vorys.com
eacallan@vorys.com
atkubala@vorys.com

*Counsel for Defendants United Radio, Inc. d/b/a Bluestar, Inc., William R. Girvin, Melissa C. Bolen, and David Von Hoene*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served electronically through this Court's electronic service system upon all parties and/or counsel of record on this 5th day of November 2026. Notice of this filing is sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *J.B. Lind*
J.B. Lind