**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **DELIA REID**, | : | Case No. 2:26-cv-00419-DLB-CJS |
| | : | |
| Plaintiff, | : | Chief District Judge David L. Bunning |
| | : | |
| v. | : | Magistrate Judge Candace J. Smith |
| | : | |
| **UNITED RADIO, INC. D/B/A BLUESTAR, INC., et. al.,** | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE PLEAD**

This matter came before the Court on Defendants' Unopposed Motion For Extension of Time to Move, Answer or Otherwise Plead. (R. 7). This Motion requests an order extending the deadline for Defendants to answer, move or otherwise plead in response to the Complaint until and including December 5, 2026 pursuant to Federal Rule of Civil Procedure 6(b)(1). The Court having considered the Motion, and for good cause shown, finds that the Motion (R. 7) is well taken and shall be and hereby is GRANTED. The deadline for Defendants to file responsive pleadings is and includes December 5, 2026.

SO ORDERED this 9th day of November, 2026.

**Signed By:**
***Candace J. Smith***
**United States Magistrate Judge**